*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 15-BG-850**

IN RE: REX B. WINGERTER,
                              Petitioner.

**Bar Registration No. 411787**              BDN: 159-15

BEFORE: Blackburne-Rigsby and Beckwith, Associate Judges, and Nebeker, Senior Judge.

**ORDER**
(FILED - September 10, 2015)

On consideration of Bar Counsel's report regarding petitioner's petition for reinstatement wherein Bar Counsel informs the court that Mr. Wingerter has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Wingerter*, 959 A.2d 64 (D.C. 2008), and it further appearing that Mr. Wingerter has been reinstated by the state of Maryland, it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that Rex B. Wingerter is hereby reinstated to the Bar of the District of Columbia.

**PER CURIAM**